**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Raul CALZADIAS, also known as
Robert Garcia, Defendant–
Appellant.**

**No. 06–41240
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

Samuel Wallace Cantrell, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Robert Gerard Arrambide, Federal Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raul Calzadias has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Calzadias has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

